## Antonio Mennella, for use of Joe Mennella, Defendant in Error, v. Michael Bottigliero, Plaintiff in Error.

### Gen. No. 22,117.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. RUFUS F. ROBINSON, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1916. Affirmed. Opinion filed March 20, 1917.

### Statement of the Case.

Action in garnishment by Antonio Mennella, for use of Joe Mennella, plaintiff, against Michael Bottigliero, defendant, to recover a debt. From a judgment for plaintiff, defendant brings error.

The decision of the court on a former appeal appears in *Mennella v. Bottigliero,* 191 Ill. App. 574.

MORGAN & McFARLAND, for plaintiff in error.

BLUM & BLUM, for defendant in error.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

MR. JUSTICE MCDONALD delivered the opinion of the court.

## Abstract of the Decision.

1. FRAUD, § 131*—*when evidence is sufficient to support instruction on.* Evidence *held* sufficient to support an instruction on the question of fraud, in garnishment proceedings to recover a debt.

2. GARNISHMENT, § 100*—*when evidence is sufficient to sustain verdict for plaintiff.* Evidence *held* sufficient to sustain a verdict for the plaintiff, in garnishment proceedings to recover a debt.